21 So.2d 282

### Bordeman MELVIN v. STATE.

### 4 Div. 363.

Supreme Court of Alabama.

March 8, 1945.

E. O. Baldwin, of Andalusia, for petitioner.

Wm. N. McQueen, Acting Atty. Gen., and John O. Harris, Asst. Atty. Gen., opposed.

THOMAS, Justice.

Petition of Bordeman Melvin for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case of Melvin v. State, 21 So.2d 277.

Writ denied.

GARDNER, C. J., and FOSTER and STAKELY, JJ., concur.